FILED
ASHEVILLE, NC
DEC 0 2 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:25-CR-99-MR-WCM |
| v. | **BILL OF INDICTMENT** |
| REX SPENCER WALKINGSTICK | Violations:<br>18 U.S.C. § 922 |

### THE GRAND JURY CHARGES:

#### COUNT ONE

On or about August 6, 2025, in Jackson County, within the Western District of North Carolina,

**REX SPENCER WALKINGSTICK**

knowing he had been previously convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly and unlawfully possessed one or more firearms in and affecting interstate commerce, those being a Glock, Model 19, 9mm caliber pistol, a Glock, Model 42, .380 caliber pistol, and a Taurus, Model PT111 G2, 9mm caliber pistol.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

On or about September 3, 2025, in Jackson County, within the Western District of North Carolina,

**REX SPENCER WALKINGSTICK**

knowing he had been previously convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly and unlawfully possessed a firearm in and affecting interstate commerce, that being an American Tactical, Omni Hybrid Model, AR-type pistol.

All in violation of Title 18, United States Code, Section 922(g)(1).

2

Case 1:25-cr-00099-MR-WCM   Document 1   Filed 12/02/25   Page 2 of 3

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this Bill of Indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

   a. A Glock, Model 19, 9mm caliber pistol;
   b. A Glock, Model 42, .380 caliber pistol;
   c. A Taurus, Model PT111 G2, 9mm caliber pistol;
   d. An American Tactical, Omni Hybrid Model, .223 caliber AR-type pistol and magazine;
   e. A Magpul brand buttstock;
   f. Three 9mm caliber magazines; and
   g. Approximately 73 rounds of various manufacturer and caliber ammunition.

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
Alex M. Scott
Assistant United States Attorney